### 28431. STANLEY *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of an assault with intent to murder. The evidence was wholly circumstantial, and was insufficient to support the verdict. It follows that the court erred in overruling the motion for new trial embracing the general grounds only.

*Judgment reversed. MacIntyre and Gardner, JJ., concur.*

DECIDED OCTOBER 2, 1940.

*Hamilton Burch,* for plaintiff in error.
*George R. Lilly, solicitor-general, Claude Shaw Jr.,* contra.